## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

           Applicant,

v.

FERRELLGAS, INC.,

           Respondent.

Case No. 2:23-mc-50094-SJM-DRG

District Judge Stephen J. Murphy, III
Magistrate Judge David R. Grand

---

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>Gena Miller<br>Detroit Field Office<br>477 Michigan Avenue<br>Room 865<br>Detroit, MI 48226<br>Telephone:  (313) 774-0058<br>Email:  gena.miller@eeoc.gov | SCHARNHORST AST KENNARD GRIFFIN, PC<br>Brent N. Coverdale (MO #50696)<br>Andrew J. Lewis (MO #70198)<br>1100 Walnut Street, Ste. 1950<br>Kansas City, MO  64106-2197<br>Telephone:  (816) 268-9400<br>Facsimile:  (816) 268-9409<br>Email:  bcoverdale@sakg.com<br>Email:  alewis@sakg.com<br><br>-and-<br><br>BODMAN PLC<br>John T. Below (P48677)<br>Attorneys for Respondent<br>201 W. Big Beaver Road, Ste. 500<br>Troy, MI  48084<br>Telephone:  (248) 743-6000<br>Facsimile:  (248) 743-6002<br>Email:  jbelow@bodmanlaw.com |

---

## NOTICE OF APPEAL

Notice is respectfully given that Respondent, Ferrellgas, Inc., hereby appeals to the United States Circuit Court of Appeals for the Sixth Circuit from the Opinion and Order Enforcing Subpoena [Doc. 10] entered in this action on July 10, 2023.

Respectfully submitted,

*/s/ John T. Below*
John T. Below (P48677)
BODMAN PLC
201 W. Big Beaver Road, Suite 500
Troy, MI  48084
Tel:  (248) 743-6000
Fax: (248) 743-6002
Email:  jbelow@bodmanlaw.com

and

*/s/ Brent N. Coverdale*
Brent N. Coverdale (MO #50096)
Andrew J. Lewis (MO #70198)
SCHARNHORST AST KENNARD GRIFFIN PC
1100 Walnut Street, Suite 1950
Kansas City, MO 64106
Tel: (816) 268-9419
Fax: (816) 268-9409
E-mail:  bcoverdale@sakg.com
           alewis@sakg.com

Dated:  August 9, 2023                    *Attorneys for Respondent, Ferrellgas, L.P.*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed via the Court's CM/ECF system this 9th day of August, 2023, which will send electronic notice of same to all counsel of record.

*/s/ John T. Below*
JOHN T. BELOW (P48677)