# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: May 20, 2024

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 23-1719, *EEOC v. Ferrellgas, L.P.*
Originating Case No. : 2:23-mc-50094

Dear Ms. Essix,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Mackenzie A. Collett
For Antoinette Macon

cc: Mr. John Thomas Below
Mr. Brent N. Coverdale
Mr. Steven John Winkelman

Enclosure

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

_____

No: 23-1719

_____

Filed: May 20, 2024

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

      Applicant - Appellee

v.

FERRELLGAS, L. P.

      Respondent - Appellant

<u>MANDATE</u>

   Pursuant to the court's disposition that was filed 03/26/2024 the mandate for this case hereby issues today.

COSTS:  None